# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALEXANDER NDAULA, :
   Petitioner :
 : No. 1:19-cv-28
v. :
 : (Judge Rambo)
WARDEN ANGELA HOOVER, :
   Respondent :

# ORDER

**AND NOW**, this 10th day of July 2019, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Attorney Gerald E. Lynch's motion for leave to appear on behalf of Petitioner (Doc. No. 41) is **GRANTED**;

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 18) is **DENIED WITHOUT PREJUDICE** to Petitioner's right to file another petition should his detention become arbitrary or unreasonable;

3. Petitioner's motion for evidentiary hearing (Doc. No. 30) and motion for detention hearing (Doc. No. 34) are **DENIED**;

4. Petitioner's motion to appoint counsel (Doc. No. 30) is **DENIED AS MOOT**; and

5. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                        s/Sylvia H. Rambo
                                        SYLVIA H. RAMBO
                                        United States District Judge